Case 4:20-cv-02314   Document 24   Filed on 11/14/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 14, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, AND THE STATE OF TEXAS, *ex rel.* STACEY CRAWFORD AND CYNTHIA BRINK,<br><br>Plaintiffs/Relators,<br><br>vs.<br><br>DYNACQ HEALTHCARE, INC, SURGERY SPECIALTY HOSPITALS OF AMERICA, PASADENA VASCULAR DIRECT, LLC, ERIC CHAN, CHRISTOPHER DURHAM, AND DANEL MONROE,<br><br>Defendants. | Civil Action No. 4:20-cv-2314 |

## ORDER DISMISSING *QUI TAM* ACTION WITHOUT PREJUDICE

Before the Court in this False Claims Act *qui tam* action is Relators' Notice of Dismissal ("Motion") pursuant to Fed. R. Civ. P. 41(a)(2) for voluntary dismissal of this *qui tam* action without prejudice. The United States and the State of Texas have consented to the dismissal of this action without prejudice. It is hereby ORDERED that the Motion is GRANTED. This action is DISMISSED WITHOUT PREJUDICE.

SIGNED on November 14, 2023.

_____
Drew B Tipton
United States District Judge